# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAHEEM LA'MONZE PLATER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-22-688-J |
| PHOENIX FINANCIAL SERVICES, et al., | ) |
| Defendants. | ) |

## ORDER

Plaintiff, a state prisoner, filed a pro se "Fair Credit Reporting Act Complaint" [Doc. No. 1]. The matter was referred for initial proceedings to United States Magistrate Judge Suzanne Mitchell consistent with 28 U.S.C. § 636(b)(1)(B), (C). After screening, Judge Mitchell issued a Report and Recommendation recommending the Court dismiss the Complaint and deny Plaintiff's pending motions as moot. [Doc. No. 11]. Plaintiff did not object and has waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See Nelson v. United States*, 40 F.4th 1105, 1109 (10th Cir. 2022).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 11] and DISMISSESS the Complaint without prejudice. Plaintiff's pending motions [Doc. Nos. 6, 8, 10] are DENIED as moot.

IT IS SO ORDERED this 28th day of November, 2022.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE